IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case No. 9:14-cv-80168-Ryskamp/Hopkins

WILLIAM ODIERNO,

    Plaintiff,

v.

SIGNATURE FLIGHT SUPPORT CORP.,

    Defendant.
_____/

## **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Fed. R. Civ. P., Defendant, Signature Flight Support Corp. ("Signature"), states:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. William Odierno

    b. Alan L. Quiles, Esq., Counsel for Plaintiff

    c. The Quiles Law Firm, P.C., Counsel for Plaintiff

    d. Signature Flight Support Corporation

    e. BBA Aviation USA, Inc.

    f. BBA US Holdings, Inc.

*Odierno v. Signature Flight Support Corp.*
Case No. 9:14-cv-80168-Ryskamp/Hopkins
Defendant's Certificate of Interested Persons and Corporate Disclosure Statement

    g.    BBA US Investments Sarl (LUX)

    h.    BBA Aviation Luxembourg Financial Services Sarl

    i.    BBA Aviation Sarl

    j.    BBA Luxembourg Investments Sarl (LUX)

    k.    BBA International Investments Sarl (LUX)

    l.    BBA Overseas Holdings Limited

    m.    BBA Holdings Limited

    n.    Balderton Aviation Holdings Limited

    o.    BBA Aviation PLC

    p.    Signature Flight Support of Nevada, Inc.

    q.    Page Avjet Fuel LLC

    r.    Signature Flight Support – Washington National, Inc.

    s.    Signature Combs, Inc**.**

    t.    BBA Aviation Lynton Group LTD

    u.    Jacksonville Jetport, LLC

    v.    Signature VNY, LLC

    w.    Ross Scottsdale, LLC

    x.    Merry E. Lindberg, Esq., Counsel for Defendant

    y.    Kay L. Wolf, Esq., Counsel for Defendant

    z.    Ford & Harrison, LLP, Counsel for Defendant

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:  None.

*Odierno v. Signature Flight Support Corp.*
Case No. 9:14-cv-80168-Ryskamp/Hopkins
Defendant's Certificate of Interested Persons and Corporate Disclosure Statement

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: September 25, 2014.

Respectfully submitted,

/s/Merry E. Lindberg
Merry E. Lindberg, Esq.
Florida Bar No. 308102
FORD & HARRISON LLP
1450 Centrepark Blvd., Suite 325
West Palm Beach, FL  33401
Telephone:  (561) 345-7505
Facsimile:  (561) 345-7501

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Plaintiff's counsel, Alan L. Quiles.

/s/ Merry E. Lindberg
Merry E. Lindberg, Esq.
Florida Bar No. 308102